AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Brenda BAZALDUA Mariscal<br>YOB: 1982 Citizenship: United States<br>*Defendant(s)* | Case No. M-21-1737-M<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>*August 13, 2021*<br>Nathan Ochsner, Clerk of Court |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 12, 2021** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 18.58 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

✓ Continued on the attached sheet.

Complaint Authorized by AUSA L. Fry

/s/ Jaris Jones
*Complainant's signature*

Jaris Jones, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

Date: 8/13/21 - 8:38 am

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

## Attachment A

On August 12, 2021, at approximately 1800 hours Brenda Abigail BAZALDUA Mariscal (hereinafter BAZALDUA) along with her juvenile son, arrived at the Pharr, Texas Port of Entry (POE). The vehicle was referred into secondary inspection. Further inspection revealed a total of 16 packages weighing approximately 18.58 kilograms hidden within a lead lined, non-factory compartment located within the front bumper. The substance within the packages field-tested positive for cocaine.

During the initial interview, BAZALDUA stated that earlier in the day she traveled to Reynosa, Mexico to visit her sister who is disabled. According to BAZALDUA, her boyfriend, Brian Duval, a Mexican national also visited her sister's residence. She claimed that Duval asked to borrow her vehicle and returned it approximately 45 minutes later. He then instructed her to cross into America at the Pharr POE by 6:00 pm, which is when the POE closes. She stated that Duval told her he would be seeing her tomorrow, that everything was going to be okay, and that he would be wading the Rio Grande River and would meet with her and pick up the vehicle the next day.

BAZALDUA suggested that it was normal for Brian's friend to pick up her car and take it to get detailed for her, but she also indicated that the detailing of her vehicle normally took two days.

After additional questioning, BAZALDUA suggested that she did not believe her boyfriend would place anything in her vehicle but did find it odd that he was very specific when he told her what port she needed to make entry through and was very specific with the time.

BAZALDUA's fiancée, Jesus Garcia was contacted and arrived at the Pharr POE to obtain custody of BAZALDUA's minor son. Garcia stated that BAZALDUA told him she was going to Mexico to seek medical treatment for back pain. Garcia consented to have his phone examined. During the examination, Garcia received messages from "La Toxica" (a nickname given to BAZALDUA) at the times when her vehicle was being inspected. The messages were as follows:
- me pararon (I was stopped)
- Ya bali, (I'm done)
- Madres, (Spanish slang used in a negative connotation)
- Sorry babe, and
- Ya encontraton todo (they found everything)
- Se que voy x muchos anos (I know I'm going for many years)